# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2252

_____

Curtis Stewart,                                  *
                                                 *
              Appellant,                          *
                                                 *   Appeal from the United States
       v.                                        *   District Court for the
                                                 *   Western District of Missouri.
Correctional Medical Services, (CMS);            *
Dave Dormire; Arthur Woods; J.                   *   [UNPUBLISHED]
Sulltop; Melody Griffin; Alfred Garcia;          *
John A. Matthews; Leon Vickers;                  *
Raymond Bloomquist; Jeff Bolton;                 *
Pamela Swartz; David Cochran,                    *
                                                 *
              Appellees.                          *

_____

Submitted: July 18, 2008
    Filed: August 8, 2008

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

       Curtis Stewart appeals the district court's[1] denial of his motion for a preliminary injunction.  After carefully reviewing the district court's decision, <u>see</u> <u>United Indus.</u>

_____

       [1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

Corp. v. Clorox Co., 140 F.3d 1175, 1178-79 (8th Cir. 1998) (setting forth factors to be considered by district court in deciding whether to issue preliminary injunction; stating standard to be applied by appellate court in reviewing district court's denial of motion for preliminary injunction), we conclude the district court properly denied Stewart's motion. See 8th Cir. R. 47B.

_____